**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     *In re Commitment of Billy Joe Burd*

Appellate case number:    01-18-00917-CV

Trial court case number:  93025-CV

Trial court:             149th District Court of Brazoria County

Date motion filed:       September 16, 2020

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
                   ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Keyes, Lloyd, and Hightower.


Date:  December 29, 2020